U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 MAR 26 PM 12: 16

CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA, )
)
)
v. ) Docket No. 2:15cr37-1
)
IAN JASMIN, )
Defendant. )

**INDICTMENT**

COUNT ONE

The grand jury charges:

From in or about June 2014 to in or about February 2015, in the District of Vermont and elsewhere, the defendant, IAN JASMIN, knowingly and willfully conspired with others known and unknown to the Grand Jury to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C))

## COUNT TWO

In or about December 2014, in the District of Vermont, the defendant, IAN JASMIN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1) and (b)(1)(C))

## COUNT THREE

In or about January 2015, in the District of Vermont, the defendant, IAN JASMIN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1) and (b)(1)(C))

_____Heather E. Ross_____ (HER)
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
March 26, 2015