```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JUL -7 PM 4:12

CLERK
BY_____greg_____
   DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Docket No. 2:15-cr-37-1 |
| IAN JASMIN, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

The grand jury charges:

### COUNT ONE

From in or about Spring 2014 to in or about February 2015, in the District of Vermont and elsewhere, the defendant, IAN JASMIN, knowingly and willfully conspired with others known and unknown to the Grand Jury to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C))

## COUNT TWO

In or about December 2014, in the District of Vermont, the defendant, IAN JASMIN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

## COUNT THREE

In or about January 2015, in the District of Vermont, the defendant, IAN JASMIN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

## COUNT FOUR

On or about April 5, 2014, in the District of Vermont, defendant IAN JASMIN, having been previously convicted of an offense punishable by imprisonment of a term exceeding one year, specifically:

> Rockland County, New York, Case No. 21-2005: Burglary 2nd Degree: Illegal Entry- Dwelling (140.25 SUB 02), conviction dated June 30, 2005,

knowingly possessed in and affecting commerce a firearm, namely a Smith & Wesson, M & P 40 pistol, bearing serial number HPS6823.

(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

## COUNT FIVE

On or about January 12, 2015, in the District of Vermont, defendant IAN JASMIN, having been previously convicted of an offense punishable by imprisonment of a term exceeding one year, specifically:

> Rockland County, New York, Case No. 21-2005: Burglary 2nd Degree: Illegal Entry- Dwelling (140.25 SUB 02), conviction dated June 30, 2005,

knowingly possessed in and affecting commerce a firearm, namely a Glock, model 42 .380 pistol.

(18 U.S.C.§ § 922(g)(1) and 924(a)(2))

A TRUE BILL

_____
FOREPERSON

_____(PJV)
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
July 7, 2015