# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       **v.**                                  **Case No: 15-cr-37**

**IAN JASMIN**

**TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Monday, May 23, 2016, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Pretrial Conference.**

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 5/3/2016** | **By /s/Jennifer Ruddy** |
| | **Deputy Clerk** |

**TO:**

**Heather Ross, AUSA**

**Karen Shingler, Esq.**

**Anne Pierce, Court Reporter**